## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : CASE NO.: 1:21-CR-00254 <br> : <br> v. : <br> : <br> FRANK J. SCAVO, : <br> : <br> *Defendant*. : <br> : |

### NOTICE OF APPEARANCE

Please enter the appearance of M. Evan Corcoran of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Frank J. Scavo in the above-referenced matter.

Dated: April 16, 2021

Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

  /s/ *M. Evan Corcoran*
M. Evan Corcoran (D.C. Bar No. 440027)
Abigail E. Ticse (D.C. Bar No. 187655)
SILVERMAN THOMPSON SLUTKIN WHITE, LLC
201 North Charles Street, Suite 2600
Baltimore, Maryland 21201
Telephone: (410) 385-2225
Facsimile:  (410) 547-2432
Email: ecorcoran@silvermanthompson.com
Email: aticse@silvermanthompson.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2021, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

                                                  */s/ M. Evan Corcoran*
                                               M. Evan Corcoran (D.C. Bar No. 440027)