IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:21-CR-00254 |
| v. | |
| FRANK J. SCAVO, | |
| *Defendant.* | |

DECLARATION OF ERNEST D. PREATE JR. IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ernest D. Preate, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. My name, office address, and telephone number are as follows:

    Ernest D. Preate, Jr. Esquire. – (PA Bar No. 08433)
    The Law Office of Ernest D. Preate, Jr.
    204 Wyoming Avenue, 2nd Floor, Suite C
    Scranton, Pennsylvania 18503
    Telephone: (507) 558-5970
    Facsimile: (570) 558-5973
    Email: epreate@comcast.net

2. I have been admitted to the following courts and bars:

    Pennsylvania Supreme Court (Nov. 18, 1969) (PA Bar No. 08433)
    United States District Court – Middle District Court of Pennsylvania
    United States District Court – Eastern District Court of Pennsylvania
    United States District Court – Western District Court of Pennsylvania
    United States Third Circuit Court of Appeals
    - Most Significant Case Argued:
      Montanez and Hale, Prisoners v. Secretary, Pennsylvania Department of Corrections, et al. 773 F.3d 472 (3d Cir. 2014), (challenge to the constitutionality of Act 84 deductions by Department for Court costs and restitution from prisoner accounts; insufficient due process) Court Appointed by Middle District Court of Pennsylvania; opinion written by Judge Roth, Circuit Judge, for unanimous panel of three; labeled "Precedential," reversing opinion of District Court and declaring

     Department of Corrections procedures insufficient against procedural due process standards.
    United States Supreme Court
     A. Argued for the Commonwealth of Pennsylvania:
     Blystone v. Pennsylvania, 494 US 299 (1990) (constitutionality of Pennsylvania Death Penalty Law upheld against a mandatoriness challenge), 5-4 opinion by Rehquist, CJ.
     B. Argued for the Commonwealth of Pennsylvania:
     Planned Parenthood v. Casey, 505 US 833, 112 S. Ct. 2791 (1992) (precedential decision upholding most of Pennsylvania Abortion Control Act)

3. I am currently in good standing with all states, courts, and bars in which I am admitted to practice.

4. I have not been admitted *pro hac vice* in U.S. District Court for the District of Columbia.

5. I do not have an office located within the District of Columbia and am not a member of the District of Columbia Bar or have a pending application to become a member of the District of Columbia Bar.

6. I will, if admitted, will represent Defendant, Frank Scavo, to the best of my ability.

7. I will, if admitted for purposes of litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of April, 2021.

               */s/ Ernest D. Preate Jr.*
               _____
               Ernest D. Preate, Jr.