# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO.: 1:21-CR-00254 |
| v. | : | |
| FRANK J. SCAVO, | : | |
| *Defendant.* | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Abigail E. Ticse of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Frank J. Scavo in the above-referenced matter.

Dated: April 16, 2021

Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

/s/ *Abigail E. Ticse*
M. Evan Corcoran (D.C. Bar No. 440027)
Abigail E. Ticse (D.C. Bar No. 187655)
SILVERMAN THOMPSON SLUTKIN WHITE, LLC
201 North Charles Street, Suite 2600
Baltimore, Maryland 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com
Email: aticse@silvermanthompson.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2021, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

_/s/ Abigail E. Ticse_

Abigail E. Ticse (D.C. Bar No. 187655)
