IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : CASE NO.: 1:21-CR-00254 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| v. | |
| FRANK J. SCAVO, | |
| *Defendant*. | |

### NOTICE OF WITHDRAWAL AND CONTINUATION OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Abigail E. Ticse hereby withdraws her appearance as counsel of record for Defendant Frank J. Scavo.

PLEASE TAKE NOTICE that M. Evan Corcoran of Silverman Thompson Slutkin & White, LLC remain counsel of record for Defendant Frank J. Scavo.

Dated: June 2, 2021                              Respectfully submitted,

                                             /s/ *Abigail E. Ticse*
                                   Abigail E. Ticse (D.C. Bar No. 187655)
                                   SILVERMAN THOMPSON SLUTKIN WHITE, LLC
                                   201 North Charles Street, Suite 2600
                                   Baltimore, Maryland 21201
                                   Telephone: (410) 385-2225
                                   Facsimile: (410) 547-2432
                                   Email: aticse@silvermanthompson.com

                                   *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2021, a copy of the foregoing Notice of Withdrawal and Continuation of Counsel was electronically filed with the Clerk of Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

                                              */s/ Abigail E. Ticse*
                                     Abigail E. Ticse (D.C. Bar No. 187655)