CLERK'S OFFICE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. 20001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | |
| | : | No. 21-CR-254 |
| FRANK SCAVO, | : | |
| | : | |
| Defendant | : | |
| | : | |

**ENTRY OF APPEARANCE**
**(PRO HAC VICE)**

**TO: ANGELA CAESAR**, Clerk

YOU ARE HEREBY NOTIFIED THAT I CO-APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS PRIVATE CO-COUNSEL, PRO HAC VICE.

<u>s/ Ernest D. Preate, Jr., Esq.</u>
Pennsylvania Bar #08433
Ernest D. Preate, Jr., Esquire
204 Wyoming Avenue
Second Floor
Scranton, Pennsylvania 18503
Tele: 570-558-5970
Fax: 570-558-5973
Email: epreate@comcast.net