Bob Bolus
922 Sanderson Street
Throop, PA 18512
Telephone – 570-357-1464
Electronic Mail – bolussalvage@yahoo.com

September 22, 2021

21 cr. 254
Let this be filed.
Royce C. Lamberth
U.S.D.J. 10/1/21

**RE: Frank Scavo**

To Whom It May Concern:

This correspondence is to support Frank Scavo and lend some personal insight into what kind of a man -and friend- Frank is, and always has been.

I'm Bob Bolus, I've owned businesses throughout Pennsylvania, and all of The United States, for over 60 years. I've also been involved in politics on both the local and national level. I met Frank during the course of my career and he has become a close friend, ally, and respected confidante.

Every year, for the past 27 years, I hold an annual Christmas Dinner in Scranton, PA, free to attend by anyone who wishes to come. It's an all-day buffet-style dinner that is only made possible through the hard work of volunteers, who give up their Christmas so that other people can have a meal and a place to spend their holiday.

Frank is one of those volunteers who selflessly gives up his Christmas to prepare and personally deliver dinners to those who are unable to attend, having particular sympathy for those who are elderly, infirm, or cannot afford transportation, as they are very much in need.

Frank is an intricate part of making my annual Christmas Dinner a success. This is not the only time Frank has given of himself for others. In fact, whenever I call upon Frank for charitable work, he is more than happy to help in any way he can.

Frank never asks for recognition and, in fact, prefers to help anonymously, however, given his upcoming sentencing, I feel obligated to shed some light on the type of person that is my friend, Frank Scavo.

Another event I held at one of my towing and trucking locations in Throop, PA was a cheesesteak luncheon for First Responders during the height of the COVID 19 pandemic in the Spring of 2020.

Frank worked endlessly to deliver lunches to those first responders who were unable to come due to work obligations.

Frank has been, in my opinion, a pillar of the community, giving up of himself for the benefit of others.

I am respectfully asking the Court to consider Frank's activities in his community and his spirit as a true American. I'm looking forward to seeing him on Christmas Day for the 28th year.

I am available and more than happy to speak to anybody on the impeccable character of Frank Scavo.

Respectfully,

Bob Bolus
570-357-1464



# Brother Hosts Dinner for People Alone on Christmas

Twenty-six years ago, Brother Robert Bolus faced a dilemma. Bob, the owner of a Scranton trucking and towing company, received a call from one of his drivers that a grocery store had rejected an extra pallet of turkeys they said they had not ordered. Nobody else wanted them.

"I told him to bring the turkeys back, and we'd figure out something to do with them," Bob said.

But what was he to do with 150 turkeys?

Make a difference.

Rather than trashing the order, Bob and some friends decided to host a free Christmas dinner for the community, namely for people who had no family and would spend the holiday home alone otherwise.

"I was going through my own personal issues at the time," Bob said. "We had lost our truck dealership. I didn't want to be around anyone. The people who helped me had their own issues, as well. The guy above [God] put us on the same boat and gave us whatever it took to organize, put this event together and create something positive."

After trying numerous places to host this event, a local church that Bob attended as a Boy Scout agreed to let him host the event there on Christmas day and use the kitchen to make dinner. Bob spoke with a priest who was doubtful that anyone would show up. But Bob was determined. He put an ad in the local newspaper and continued to shop and plan for the dinner. More than 125 people attended the dinner that year. Bob donated the extra food to the Salvation Army.

Since then, the annual event has grown significantly. It now takes place at St. Patrick's Church in Scranton, with the help of more than 50 volunteers. This past Christmas, Bob fed about 3,000 people, including more than 600 meals he delivered to people who were homebound.

"It has been phenomenal," Bob said. "We light the place up. You couldn't go to a place that is more decorated with lights and blown-up Christmas ornaments. We have a disc jockey and a blessing by the priest. It's like nothing you've seen before at any type of dinner."

The all-you-can-eat buffet dinner features turkey, stuffing, mashed potatoes and dessert. Participants are also offered to take an extra meal home with them. Bob said he has "no idea" what he spends on the dinner, but he doesn't care. He receives some food donations from supermarkets, but primarily pays for the dinner out of his own pocket.



"It's not about the money," he said. "It's about the camaraderie and the people who come there. There's no place I'd rather be on Christmas. I plan on doing this dinner forever. When I'm no longer here, my stepdaughter, son and daughter will be responsible for holding it [the event] going forward."

Bob has fond memories of all the people who have attended the dinner over the years, including one family – a wife, husband and his sister – who all had cancer and had nowhere to go for Christmas. They saw the advertisement for the dinner and decided to attend.

"The sister said, 'This is probably my last Christmas.' And she passed away two weeks later," Bob said. "Her brother called to thank me and said, 'Your dinner made it so much easier on her. She was so much happier being around people on Christmas day.'"

When he's not busy planning his dinner, Bob is a 30-year volunteer firefighter in Throop, PA. He's also a member of Hyde Park Lodge No. 339, Scranton, for the past 50 years.

"To say that I'm a Mason is one of the proudest things I can say in my life," he said. "What we do for people ... I can't put it into words."

As a Mason, Bob believes in paying it forward. He received a medal from the American Towing Association and was honored by the Florida Highway Patrol for his heroic actions after he stopped a driver from going the wrong way on a state road about four years ago. While risking his own safety, he managed to stop the driver, assist her from her vehicle and move the vehicle from the roadway, preventing an accident from occurring.

"When a door closes in my life, it seems another door opens," Bob said. "It instills my faith in being a good Mason. We were put here [on Earth] to help people."



L-r: Louis P. DeNaples, Brother Robert Bolus and the late Father Joseph Sica