# Attachment A

The Honorable Royce C. Lamberth

United States District Judge

E. Barrett Prettyman Courthouse

333 Constitution Avenue NW

Washington, DC 20001

Re:    Sentencing in *United States v. Frank J. Scavo*

Criminal Case No. 21-CR-254 (RCL)

Dear Judge Lamberth:

I write to provide my personal thoughts for your consideration about the crime that I committed and the deep sense of regret that I feel.

By way of background only, prior to January 6, 2021, as a life-long Republican, I often participated in political events, starting with the campaign for President George H. W. Bush in 1992. I also supported various Republican candidates for President over the years. I attended rallies and worked with others to advance our democracy. I also publically supported Democrats for various local offices.

I ran for and was elected to the office of Old Forge Borough School Board Director in 2001. My service as a school board director was extended by the people of the Borough of Old Forge in 2005 for a second 4 year term, one year of which I served as President of the Board. I was appointed in 2018 to the Old Forge School Board for an unexpired 2 year term that ended November 2020.

I supported the campaign of Donald Trump for President in 2016 and 2020. I fully expected the January 6, 2020 rally at the Capitol be no different than any other political rally that I attended. It was not.

I did not know in advance that some in the crowd were set on violent interference with the operations of government. But that does not excuse my own actions.

When the crowd surged through the doors, I entered the U.S. Capitol. The Statement of Offense filed by the government accurately describes my conduct. I remained in the building for less than 10 minutes, walking around and taking videos on my camera. I did not assault anybody nor threaten anybody. I did not destroy any property or seek to enter any private work spaces.

About 2 minutes into my trespass into the Capitol, I realized that this was wrong. Candidly, I wondered to myself what I was doing there, and sought an exit. It took me about 8 minutes to get from the 3rd floor level to the outside tarmac. I even asked police security twice at various levels how to exit the building. They pointed me to the exit ways to the tarmac.

The truth is that on any given day before or after, I cannot imagine entering a public building that is closed to the public. But on that day, I did. And it was a crime.

Upon my return to Scranton, Pennsylvania, I have tried to embark on a course to take responsibility for what I had done. On two different occasions – January 19th and 25th 2021 - I voluntarily spoke with agents of the Federal Bureau of Investigation. I told them what had happened and what my role had been. I provided them with my cellphone with the videos that I had taken on January 6th at the Capitol. I later worked with my lawyers to try to minimize the effort that the prosecutor and court system would have to put into my case.

Beyond that, I have tried to engage in several different activities in and around Scranton in order to demonstrate my commitment to the public good. I have cleaned up trash on Route 309 in Kingston, PA with the organization, New Horizons, a non-profit community action group. I work four hours each Saturday and expect to have 40 hours completed by mid-November. In addition, I have worked to aid those less fortunate, most recently, at the St. Francis of Assisi soup kitchen in Scranton for the poor and homeless. I work 9 hours a week doing food prep, serving, and clean-up. By mid-November I will have at least 60 hours in service there. My intention in doing these things was to show that I am a humble person.

January 6, 2021, was a dark day in our country's history. Entering the U.S. Capitol Building was wrong and it was a crime. I regret doing it. I am committed to continuing to do what I can to make amends for my actions. My family and friends have always trusted me as someone who wants to improve our society, not weaken it. And I intend to live up to that.

Thank you for considering this information.

Sincerely,

Frank J. Scavo

cc:     Talia Santella

        U.S. Probation Officer

        Eastern District of Pennsylvania (*via email*)


        Seth Adam Meinero

        Trial Attorney – Detailee

        U.S. Attorney's Office for the District of Columbia (*via email*)

 Gmail                                                    Felicia Dailey <felicia.preatelaw@gmail.com>

**Fw:**
1 message

**FRANK SCAVO** <f_scavo@yahoo.com>                              Thu, Oct 7, 2021 at 10:39 AM
To: Ernest Preate <epreate@comcast.net>
Cc: Felicia Abrams <felicia.preatelaw@gmail.com>

Ernie & Felecia, here is another Scavo letter written Gene Michinski for the record. Please review.
I can stop in today around 3 pm to review the Bolus letter if that fits your schedule.  See you then
:)

October 06, 2021

To Honorable:

JUDGE Royce Lambert

Sir I am writing this letter in reference for a personal friend Mr. Frank Scavo.

For the record I am providing a quick snap shot bio and writing this of my own free will.

My name is Eugene M. Michinski. I reside at 404 Rose Road, Springville, Pa. 18844.

I was born and raised in Scranton Pa. I graduated from Scranton Central High School and received a Bachelor of Science
Degree in Criminal Justice from West Chester University.

I worked for The United States Secret Service for 29 years prior to retiring. My assignments included presidential
protection, emergency response team and training division.

I am currently employed by the Susquehanna County District Attorney's Office as a detective and I am in charge of the
D.A.R.E. Program for the Susquehanna County School District.

I am a Mason Waverly Lodge #301.

I have known the Scavo family for the last 12 years. Both Frank and his wife Caren along with being great parents, are
hard working members of there community. When referring to Frank two words define the man, (Mission and Service).
Frank's mission in life has been to look out for the needs of the members of his community. He has been relentless in his
mission through

political, personal and private means to assure that his community member's freedoms and rights guaranteed by law are never violated.

Franks dedication to service to his community is unsurpassed. He unselfishly spends countless hours serving his community members, many times at his own expense.

In closing Frank is a good man. He loves his family, community and the United States of America.

Be Safe

Eugene M. Michinski

3654 Cottage Drive

Bethlehem, PA 18020

November 11, 2021

To: The Honorable Judge Royce Lambert

Re: Frank Scavo

Sir:

I have been asked to provide a character reference for the gentleman above, who is due to appear before you on November 22, 2021 re: his involvement and actions on January 6, 2021 in Washington, D.C. I have known Frank for thirty-three years thanks to our employment for Keystone Automotive & LKQ Corporation. For ten of these years, Frank was a direct report of mine in my role as District Manager for both organizations.

I can tell you that in those ten years. Frank's adherence to corporate directives was non puerile; never once was there a need for me to "write him up" for any infractions. In 1988, Frank took the start-up Old Forge depot of our Bethlehem, PA facility and built it to a twenty-one employee location, which at its height in 2016 featured an in-stock level of 1.25M and 15M in revenue. During those ten years, I audited Frank's facility a total of sixteen times to find only small opportunities for improvement. To say that Frank was one of my better lieutenants is an understatement.

In addition, in 2012 Frank had to foresight to convert his 401K into real estate when he purchased his first rental unit, which his father, son & he renovated and turned into three apartments. Today, Frank and his family have turned a total of seven derelict facilities into thirteen housing units for low- to middle-income families.

In the political arena, Frank served the Old Forge School Board in an elected capacity from 2001-09 and in an appointed one in 2018 & 2019 as replacement for the departed Mr. Christopher Jones.

As a son, husband, and father, Frank's successes are many: his Catholic faith as well as his solid upbringing have served him well, as the Scavo clan can often be found to celebrating his twenty-one-year-old son's and his twenty-five year-old – daughter's achievements.

As a retiree from LKQ in 2017, I look back fondly on times spent with Frank & Caren both on the clock and off. When I remember Frank, three words come to my mind: passion, loyalty, and commitment. In my opinion, it was these three traits that lead to Frank's involvement with regards to the January 6 incident: passion for his country, loyalty to his party, and a commitment to the American way of life.

When my wife and I saw the footage from that day on CNN, one can witness Frank at the portal of the Capitol as a hesitant participant. His conundrum was obvious, with an error of judgement causing him to enter the facility with others. After a quick assessment re: his inappropriate presence there, he quickly made his way to the exit without committing any violent act, his common sense winning the day.

I can tell you that since that day Frank is a changed man, removing himself from social media, helping out at the Scranton soup kitchen, and cleaning up trash in his community. I ask only that you take all of the above into account when you pass your judgement on this citizen on the twenty-second of November.

In the event I can answer any further questions regarding Frank, his character, or his background, please do not hesitate to reach me on my cell (below).

Thank you.

Sincerely:

Dennis R. Jones

412-860-5312

To: Senior Judge Royce Lambert

Hi,

My name is Joanna Reviello, a retired therapist and educator. I am the coordinator of the Social Concerns Charity and the Director of the Religious Education program at our church, Prince of Peace here in Old Forge.

I am writing this letter to provide a character reference about Frank Scavo who I have known for over 20 years. I can say with total confidence that he and his beautiful family are a cherished part of our church and community. I have observed him with his family and interacting in the community. He is patient, understanding, kind, and loving with his family. He is respectful, responsible, and reliable in the community. Frank has always volunteered to help with charitable events.

As a board member for the Felittese Association, a non-profit group that celebrates Italian American ancestry in Old Forge, we raise money and scholarships for the community.  I often call on Frank to help and he has never refused. Annually, Frank would carry the statue of Blessed Mother Mary in the procession that honors Old Forge's religious roots and celebrates our towns ethnic heritage. Of great importance was the year where we had half of the 10 people needed to lift and carry the Blessed Mother Mary statue in a procession down main street.  Frank proceeded to rally the crowd of friends and family and had doubled the number of volunteers needed for the procession, which allowed the procession to move out on time!  Frank's easy going and inviting character made everyone feel comfortable volunteering.  Often, people are too shy or reserved to step forward.

I hope that this letter will give you an idea of his good character and help you to understand that this January 6th incident was an unusual occurrence.

Sincerely,
Joanna Reviello

Joanna Reviello

November 10, 2021


Honorable Senior Judge Royce Lamberth

Washington D.C.

Dear Judge Royce Lamberth,


My name is Greg Griffin. I am a retired 25-year Pennsylvania State Senior Corrections officer. I reside in Swoyersville, Pennsylvania with my wife Rosanne. I am now a coordinator for outdoor volunteers at the nonprofit New Roots community organization in Luzerne county. WWW.NEWROOTSPA.ORG Recovery Support Center.


I have known Mr. Scavo for many years before we once again united in his effort to give back to the community after the January 6th incident. Frank had volunteered to help with insulating the basements of senior citizens during the winter months here in Northeast Pennsylvania. This was a big comfort to seniors on fixed incomes. Frank had always been active in the community. In fact, Frank had been present and helped coordinate efforts to end drug trafficking and drug users at drug houses in Luzerne county neighborhoods by attending all night vigils to discourage drug users and transactions with residents. Frank has also

Today, I can confirm that Frank has accumulated 75 hours to date in volunteering with New Roots organization, picking and clearing litter from the highways, and insulating basements as we have in the past. Frank has received no recognition or notoriety for these hours and tasks per his request.


As a judge of character in my corrections position, I can say the January 6th event was out of character for Frank, and he has stated his regret to me for his actions. I had told Frank he was responsible, and Frank agrees with my assessment of the situation and his owning of his actions and regret for that day.


I thank you for this opportunity to speak about Frank and would be glad to appear before you on his behalf. I can be reached at 570-239-6244.

Sincerely,

Greg Griffin



**EXECUTIVE DIRECTOR**
Robert J. Williams
Telephone: 570-342-5556
Email: kitchen@stfrancislkitchen.org
www.stfrancislkitchen.org
www.facebook.com/stfrancislkitchen.org

**GOVERNING BOARD**
Rev. Gerald W. Shantillo, S.T.L., V.G.
Mary Theresa Malandro
Eileen Bartoli
Atty. Jene Carlonas
Melissa Pavlowski
Michele Bannon

**HONORARY BOARD MEMBERS**
Msgr. Constantine V. Siconolfi
Pete Arvonio
Ann Hawk
Mary Ann Hazzouri
Dennis Lalley
Martha McAndrew
Robert Pettinato
Robert Rossi
Dr. John Walsh

**ADVISORY BOARD MEMBERS**
President
Melissa Pavlowski
Vice-President
David Hollander
Secretary
Michele Bannon

Donna Barbetti
Atty. Richard Bishop
Atty. Frank Blasi
Atty. Brian Cali
Atty. Jane Carlonas
Atty. Frank Castellano
Elizabeth Chiorazzi
Karen Clifford
Michael Colarusso
Michael Conflitti
Judy Cosgrove
Atty. Thomas Cummings
Michael J. Cummings
Darlene Dalessandro
Atty. Joseph L. DeNaples
Judith V. Donato
Bernard A. Fagnani
William Genello
John Granahan
Stephanie Grudis-Whisner
Bridget Haggerty
Susan Harlands
Alan Hughes
Dr. Joseph Kelly, Sr.
Atty. John Kennedy
Atty. PJ Labelle
Joyce Lomma
Terry Macciocco
Marla McCool
Randy Palko
Dr. Thomas Rittenhouse
Linda Robeson
Atty. Robert Shells
Dr. Tania Stoker
Dr. Lisa Thomas
Bob Valentine
Jean Marie Werpus

November 11, 2021

Ernest D. Preate, Jr. Esquire
204 Wyoming Avenue
2nd Floor, Suite C
Scranton, Pennsylvania 18503

Atty. Preate,

I am providing this letter to verify that Mr. Frank Scavo provided 26 hours of volunteer service between September and late October of 2021. While here Mr. Scavo assisted our chef with meal prep, meal service and light cleaning.

The service that he provided to those in need was appreciated. He is welcome back at any time.

Sincerely,

Robert J Williams

Robert J. Williams
Executive Director

cc. Frank Scavo