UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-CR-254 (RCL)** |
| | : | |
| **FRANK J. SCAVO,** | : | |
| | : | |
| *Defendant.* | : | |

**MOTION FOR LEAVE TO FILE REPLY TO DEFENSE'S
RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, by and through the United States Attorney for the District

of Columbia, respectfully moves this Court for leave to file a reply to the defense's response to the

government's sentencing memorandum in the above-captioned case.  In support of this motion,

the government now states the following:

1.     On September 8, 2021, the Court set a sentencing date in this matter for November

22, 2021.  The Court also set a deadline of November 15, 2021, for the parties to file sentencing

memoranda.

2.     On November 15, 2021, both parties timely filed their sentencing memoranda.

3.     On November 17, 2021, at approximately 7:40 p.m., the defense filed a response to

the government's sentencing memorandum.  The response made assertions about the relevance of

a piece of video evidence on which the government relied in its sentencing memorandum.

4.     In light of the assertions in the defense's response, the government requests

permission to file a reply that will clarify the relevance of that video evidence.  In addition, the

reply would also briefly discuss an additional fact related to the government's requested sentence

in this case.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court GRANT its motion for leave to file a reply to the defense's response to the government's sentencing motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      */s/ Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar No. 976587
United States Attorney's Office for the
 District of Columbia
202-252-5847
Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2021, I served a copy of this pleading on defendant's counsel through the Court's Electronic Case Files system.

*/s/ Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee