**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **FRANK SCAVO,** <br><br> *Defendant.* | Case No. 1:21-cr-254-RCL |

## ORDER

Before the Court is the Press Coalition's application [50] for video exhibits played at the sentencing in this matter. The government represented in its notice of filing [43] that it does not object to the public release of the videos. Additionally, defendant's counsel has represented in communications to the undersigned's chambers that defendant does not object to the release of these videos. Thus, upon consideration of the Press Coalition's application and the entire record herein, it is hereby

**ORDERED** that the application is **GRANTED**; it is further

**ORDERED** that the government shall promptly make the video exhibits referenced in the application available to the applicants without restrictions, including by providing access using the "drop box" technical solution described in Standing Order 21-28, *In re: Media Access to Video Exhibits in Pretrial Capitol Cases* (May 14, 2021) (BAH); and it is further

**ORDERED** that applicants are permitted to record, copy, download, retransmit, and otherwise further publish the video exhibits.

**IT IS SO ORDERED.**

Date: 12/1/21

Royce C. Lamberth
United States District Judge

1