IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 21-cr-254 (RCL) |
| v. | : |
| | : |
| FRANK SCAVO, | : |
| | : |
| *Defendant*. | : |

**DEFENDANTS UNOPPOSED MOTION
TO CONTINUE SELF-SURRENDER DATE**

Defendant, Frank Scavo, and presents this Unopposed Motion to Continue is Self-Surrender Date, and represents as follows:

1. On November 22, 2021 the Defendant appeared for sentencing after pleading guilty to Count 4 of the Criminal Information: Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. 5104 (e)(2)(G).

2. This Honorable Court sentenced the Defendant to 60 days of imprisonment with no term of supervised release imposed.

3. The Defendant was recently notified by the Bureau of Prisons that he is to report to the Federal Correctional Institute (FCI) Fort Dix on Tuesday, January 25, 2022.

4. The Defendant has been treating for kidney issues and blockages for a period of time. Most recently, the Defendant underwent lithotripsy with only partial success. As a result, he treated at Sloan-Kettering hospital in New York City and was advised that part of a kidney stone entered his urethra and created a blockage. He was advised that if he did not undergo immediate surgery he could develop sepsis.

5. The Defendant underwent surgery on January 20, 2022 by Dr. Jerald Gilbert of Geisinger Urology Center.

6. As a result of the surgery the Defendant will need time to recover and a follow-up scan of his kidneys and the surgically repaired area of his body.

7. Dr. Gilbert has authored a letter dated January 18, 2022 advising that Defendant will need at least one week off after surgery and then a revisit with the doctor. A copy of the letter is attached hereto as Exhibit "A".

8. On January 20, 2022 counsel for the government, Seth Adam Meinero, was contacted and he is unopposed to a 30-day extension for Defendant to self-surrender to FCI Ft. Dix.

**WHEREFORE**, Defendant respectfully submits that for all of the above reasons, Defendant's self-surrender date should be continued from January 25, 2022 to February 21, 2022.

Dated: January 21, 2022               Respectfully submitted,

/s/ Ernest D. Preate
Ernest D. Preate (*Admitted Pro Hac Vice*)
204 Wyoming Avenue, Suite C
Scranton, PA 18503
Telephone: (570) 558-5970
epreate@comcast.net

/s/ Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
Silverman, Thompson, Slutkin & White LLC
201 N. Charles Street – 25th Floor
Baltimore, MD 21201
Telephone: (410) 385-2225
ecorcoran@silvermanthompson.com

*Counsel for Defendant Frank Scavo*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2022, I served a copy of this pleading on counsel for the Government through the Court's electronic case files system.

/s/ Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
